UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>MONTREAL, MAINE & ATLANTIC RAILWAY, LTD.,<br><br>    Debtor.<br>_____<br><br>ROBERT J. KEACH, solely in his capacity as the chapter 11 trustee for MONTREAL, MAINE & ATLANTIC RAILWAY, LTD.,<br><br>    Plaintiff<br><br>v.<br><br>WORLD FUEL SERVICES CORPORATION, WORLD FUEL SERVICES, INC., WESTERN PETROLEUM COMPANY, WORLD FUEL SERVICES, CANADA, INC., PETROLEUM TRANSPORT SOLUTIONS, LLC, IRVING OIL LIMITED, AND CANADIAN PACIFIC RAILWAY COMPANY<br><br>    Defendants. | Bk. No.  13-10670<br><br>Adversary Proceeding No. 14-1001<br><br><br><br><br>**CANADIAN PACIFIC RAILWAY COMPANY'S MOTION TO WITHDRAW THE REFERENCE UNDER 28 U.S.C. § 157(D) AND FED. R. BANKR. P. 5011(A)** |

Canadian Pacific Railway Company (CP) hereby moves, pursuant to 28 U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure 5011(a), for an order from the United States District Court for the District of Maine withdrawing the reference of this case to the Bankruptcy Court for the reasons asserted in CP's Memorandum of Law submitted in support of this motion.

-2-

| | |
|---|---|
| Dated: January 15, 2015 | **BRIGGS AND MORGAN, P.A** |
| | By: */s Timothy R. Thornton*_____ |
| |     Timothy R. Thornton |
| |     John R. McDonald |
| |     Paul J. Hemming |
| | 2200 IDS Center |
| | 80 South Eighth Street |
| | Minneapolis, MN 55402 |
| | (612) 977-8400 |
| | |
| | **And** |
| | |
| | **PEARCE & DOW, LLC** |
| | |
| | By: *s/ Joshua R. Dow*_____ |
| |     Joshua R. Dow |
| | Two Monument Square, Suite 901 |
| | PO Box 108 |
| | Portland, Maine 04112-0108 |
| | (207) 822-9900 (Tel) |
| | (207) 822-9901 (Fax) |
| | |
| | **ATTORNEYS FOR CANADIAN PACIFIC RAILWAY COMPANY** |