UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>MONTREAL, MAINE & ATLANTIC RAILWAY, LTD.,<br><br>   Debtor.<br>_____<br><br>ROBERT J. KEACH, solely in his capacity as the chapter 11 trustee for MONTREAL, MAINE & ATLANTIC RAILWAY, LTD.,<br><br>   Plaintiff<br><br>v.<br><br>WORLD FUEL SERVICES CORPORATION, WORLD FUEL SERVICES, INC., WESTERN PETROLEUM COMPANY, WORLD FUEL SERVICES, CANADA, INC., AND PETROLEUM TRANSPORT SOLUTIONS, LLC, IRVING OIL LIMITED, AND CANADIAN PACIFIC RAILWAY COMPANY<br><br>   Defendants. | Court File No.  15-mc-00022-NT<br><br><br><br><br><br><br><br>**CANADIAN PACIFIC RAILWAY COMPANY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Canadian Pacific Railway Company submits the following Corporate Disclosure Statement:

Canadian Pacific Railway Company (a Canadian corporation), is a wholly-owned direct subsidiary, of Canadian Pacific Railway Limited ("CP"), a company organized

6884367v1

under the laws of Canada, the shares of which are publicly traded on the New York and Toronto stock exchanges.  No entity owns more than 10% of CP's stock.

Dated:  January 23, 2015                          **BRIGGS AND MORGAN, P.A**

                                                    By: */s Paul J. Hemming*_____
          Timothy R. Thornton
          John R. McDonald
          Paul J. Hemming
2200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
(612) 977-8400

**And**

**PEARCE & DOW, LLC**

By: *s/ Joshua R. Dow*_____
    Joshua R. Dow
Two Monument Square, Suite 901
PO Box 108
Portland, Maine 04112-0108
(207) 822-9900 (Tel)
(207) 822-9901 (Fax)

**ATTORNEYS FOR CANADIAN PACIFIC RAILWAY COMPANY**

6884367v1