# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>MONTREAL, MAINE & ATLANTIC RAILWAY, LTD.,<br><br>     Debtor.<br><br>ROBERT J. KEACH, solely in his capacity as the chapter 11 trustee for MONTREAL, MAINE & ATLANTIC RAILWAY, LTD.,<br><br>     Plaintiff<br><br>         v.<br><br>WORLD FUEL SERVICES CORPORATION, WORLD FUEL SERVICES, INC., WESTERN PETROLEUM COMPANY, WORLD FUEL SERVICES, CANADA, INC., PETROLEUM TRANSPORT SOLUTIONS, LLC, IRVING OIL LIMITED, AND CANADIAN PACIFIC RAILWAY COMPANY,<br><br>     Defendants. | Case No: 15-mc-00022-NT<br><br>Bk. No. 13-10670<br>Adversary Proceeding No. 14-1001<br><br>Chapter 11 |

**CONSENT MOTION FOR ENTRY OF AN ORDER EXTENDING THE DEADLINE TO FILE RESPONSES TO CANADIAN PACIFIC RAILWAY COMPANY'S MOTION TO WITHDRAW THE REFERENCE UNDER 28 U.S.C. § 157(D) AND FED. R. BANKR. P. 5011(A)**

Plaintiff, Robert J. Keach, solely in his capacity as the chapter 11 trustee of Montreal, Maine & Atlantic Railway, Ltd. (the "Trustee"), by and through his undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby requests, with the consent of Defendant, Canadian Pacific Railway Company ("CPR"), that this Court extend the time, from February 5, 2015 to February 10, 2015, to respond to CPR's *Motion to Withdraw the*

*Reference Under 28 U.S.C. § 157(d) and Fed. R. Bankr. P. 5011(a)* [D.E. 1] (the "Motion to Withdraw").  In support of this motion, the Trustee states as follows:

1. On January 15, 2015, CPR filed the Motion to Withdraw.

2. Responses to the Motion to Withdraw are currently due on February 5, 2015.

3. The Trustee has been engaged in ongoing settlement negotiations in relation to the above-captioned matter and the underlying bankruptcy case in an attempt to resolve the claims at issue.  Currently, the Trustee is out of the country meeting with various parties regarding a possible settlement.

4. In light of such settlement discussions, and pursuant to Fed. R. Civ. P. 6(b), the Trustee, with the consent of CPR, requests that the deadline to file responses to the Motion to Withdraw be extended to February 10, 2015.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order extending the deadline to file responses to the Motion to Withdraw to February 10, 2015 and granting such other further relief as may be appropriate.

Dated:  February 4, 2015

ROBERT J. KEACH
CHAPTER 11 TRUSTEE OF MONTREAL
MAINE & ATLANTIC RAILWAY, LTD.

By his attorney:

*/s/ Robert J. Keach*
Robert J. Keach, Esq.
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Tel: (207) 774-1200
Fax: (207) 774-1127
Email: rkeach@bernsteinshur.com

## **CERTIFICATE OF SERVICE**

I, Robert J. Keach, Esq., of Bernstein, Shur, Sawyer & Nelson, P.A., hereby certify that on February 4, 2015, I electronically filed the *Consent Motion for Entry of an Order Extending the Deadline to File Responses to Canadian Pacific Railway Company's Motion to Withdraw the Reference Under 28 U.S.C. § 157(d) and Fed. R. Bankr. P. 5011(a)* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys/parties of record who have registered as CM/ECF participants.

Dated: February 4, 2015    ROBERT J. KEACH,
    CHAPTER 11 TRUSTEE OF MONTREAL
    MAINE & ATLANTIC RAILWAY, LTD.


    /s/ *Robert J. Keach*
    Robert J. Keach, Esq.
    BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
    100 Middle Street
    P.O. Box 9729
    Portland, ME 04104
    Telephone: (207) 774-1200
    Facsimile: (207) 774-1127
    E-mail: rkeach@bernsteinshur.com